UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT HENRY CORLISS,<br>                 Plaintiff<br><br>v.<br><br>CITY OF FALL RIVER and<br>DOES 1-10,<br>                 Defendants | C.A. # 05-11406 DPW |

**MOTION OF THE DEFENDANT,
CITY OF FALL RIVER,
TO DISMISS FOR FAILURE TO STATE A CLAIM**

The defendant, the City of Fall River, respectfully moves to dismiss the plaintiff's complaint pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted.

As grounds for this motion, the defendant says that based on the allegations of the complaint it is beyond doubt that the incident which forms the basis of the plaintiff's claim --- the towing of his 1988 Nissan pick-up truck at the direction of the Fall River Police Department --- occurred in May, 2001. Complaint, para. 1 and 19, and Exhibits K and M. Further, the complaint shows that the plaintiff was informed of the towing of his vehicle at the direction of the police by written notice dated June 30, 2001. Complaint, para. 17 and Exhibit K. This action was filed on July 5, 2005, more than three years after the incident. The plaintiff's claim under 42 U.S.C. sec. 1983 is therefore barred by the applicable statute of limitations. Mass. Gen. Laws c. 260, sec. 2A. *Street v. Vose*, 936 F.2d 38 (1st Cir. 1991).

City of Fall River
By its attorney,

_____
Thomas F. McGuire, Jr.
B.B.O. #335170
Corporation Counsel
Law Department
One Government Center
Fall River, MA 02722
Tel. (508) 324-2650
Fax (508) 324-2655

### Certificate of Service

I hereby certify that I have served the attached document on the plaintiff by mailing a copy thereof to:

>   Albert Henry Corliss
>   1514 Beacon Street, Suite 43
>   Brookline, MA 02446

Signed under the penalties of perjury this 1st day of August, 2005.

_____
Thomas F. McGuire, Jr.