UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT HENRY CORLISS,
    Plaintiff,

v.  C.A. #05-11406 DPW

CITY OF FALL RIVER and
DOES 1-10,
    Defendants

MOTION OF THE PLAINTIFF,
ALBERT HENRY CORLISS,
IN OPPOSITION TO DISMISS FOR FAILURE
TO STATE A CLAIM

The plaintiff, Albert Henry Corliss, respectfully moves in opposition to defendant, City of Fall River's, motion to dismiss pursuant to Fed.R.Civ. P. 12(b) (6) for failure to state a claim upon which relief may be granted, thusly:

As grounds for the motion defendant alleges plaintiff's claim under 42 U.S.C. sec. 1983 was filed on July 5, 2005 more than three years after the incident, the towing of plaintiff's vehicle from the Watuppa Indian Reservation, on or about May 3, 2001. Defendant alleges that the action is therefore barred by the applicable statute of limitations. Mass. Gen. Laws c.260, sec 2A. Street v. Vose, 936 F. 2d 38 (1st Cir. 1991)

The plaintiff concedes that the three year limitation had passed, however, plaintiff brought a facsimile action with this court on April 27, 2004 which was later dismissed for lack of subject matter by Judge Woodlock on October 13, 2004. (C.A.#04-10834-DPW). Mass. Gen. Laws c. 260 sec 32, "saves" the action for

an addition time period as follows "If an action is duly commenced within the limitations period and is dismissed for "any matter of form" the plaintiff is entitled to "commence a new action for the same cause within one year after the dismissal." Rodi v. Southern New England School of Law, 389 F. 3d 5, 18 (1st Cir. 2004)

And "The saving statute applies, inter alia, to an action originally filed and dismissed in a court of another state or in a Federal district court." See: Boutiette v. Dickerson, 54 Mass. App Ct. 817, 768 N.E. 2d 562, 563-4 (Mass. App. Ct. 2002); Liberace v. Conway 31 Mass. App. Ct. 40, 574 N.E. 2d 1010, 1012 (Mass. App. Ct. 1991)

_____
Albert H. Corliss
Plaintiff - Pro Se
1514 Beacon Street, Suite 43
Brookline, MA 02446
(617) 731-1309

### Certificate of Service

I hereby certify that I served the attached document on the defendant by mailing a copy to:   Thomas F. McGuire, Jr.
Corporation Counsel
Law Department
One Government Center
Fall River, MA 02722

Signed under penalties of perjury 5th day of August, 2005.

_____
Albert H. Corliss