FILED
Clerk's Office
USDC, Mass
Date 10-18-05
By MR
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT HENRY CORLISS, )
        Plaintiff )
)
v. ) C.A. # 05-11406 DPW
)
CITY OF FALL RIVER and )
DOES 1-10, )
        Defendants )

## JOINT SCHEDULING STATEMENT

The plaintiff, Albert Henry Corliss, and the defendant, the City of Fall River, file this joint statement pursuant to L.R. 16.1(D).

1) **Joint Discovery Plan**

The parties propose the following discovery schedule:

January 18, 2006:    All interrogatories, requests for production of documents and requests for admissions answered.

February 18, 2006:    All depositions completed.

2) **Joint Motion Schedule**

The parties propose the following motion schedule:

March 18, 2006:    All dispositive motions filed.

3) **Certifications**

The undersigned individuals certify that they are the persons authorized to establish litigation budgets and to consider the use of alternative dispute resolution programs on behalf of the parties to this action. The undersigned further certify that they have considered those matters, as required by L.R. 16.1(D)(3).

The Plaintiff,

/s/ *signature*

Albert Henry Corliss
1514 Beacon Street, Suite 43
Brookline, MA  02446
(617) 731-1309

The Defendant
City of Fall River
By its attorney,

/s/ *signature*

Thomas F. McGuire, Jr.
B.B.O. #335170
Corporation Counsel
Law Department
One Government Center
Fall River, MA  02722
Tel. (508) 324-2650
Fax  (508) 324-2655