UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT HENRY CORLISS,
       Plaintiff,

vs.                            C.A. # 05-11406 DPW

CITY OF FALL RIVER and
DOES 1-10
       Defendants

## REQUEST FOR ADMISSIONS

Pursuant to our Scheduling Conference before Judge Douglas P. Woodlock on 10/18/2005 and FRCP Rule 36 the plaintiff, Albert H. Corliss, requests the following admissions:

1. On or about 1709 Benj. Church conveyed to the Province of Massachusetts Bay (then under the rule of England) lands to "always be continued and used as a plantation for the Indian Natives."

2. That on or about 1907 the City of Fall River took approximately half of the lands described in Benj. Church's Deed of 1709 for the protection of its water supply leaving the other half (275 Indian Town Road parcel) in Native hands.

3. The City of Fall River currently considers this half of the original grant <u>not taken</u> in 1907 (275 Indian Town Road parcel) to be a "charity" and "non-taxable."

4. The City of Fall River is not compensated by the Commonwealth of Massachusetts for the "non-taxation" of the 275 Indian Town Road parcel.

Dated: November 24, 2005

                                                  Albert H. Corliss
                                                  Plaintiff- "Pro Se"

## CERTIFICATION OF SERVICE

I, Albert Henry Corliss, the plaintiff, certify that on November 24, 2005, I served copies of the foregoing documents: INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS and REQUEST FOR ADMISSIONS, postage prepaid to: Thomas F. McGuire, Jr., Attorney at Law, McGuire and Coughlin PC, 70 South Main Street, Fall River, MA 02722-1187

Dated: November 24, 2005

_____
Albert H. Corliss
Plaintiff - "Pro Se"
1514 Beacon Street, Suite 43
Brookline, MA 02446
(617) 731-1309
E-mail: Pineesee@aol.com
(Cell) (617) 513-9577