UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
ALBERT HENRY CORLISS
        Plaintiff
                                      CIVIL ACTION NO. 05-11406-DPW
 v.

CITY OF FALL RIVER, ET AL
     Defendant
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued November 1, 2005, GRANTING defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: November 1, 2005