UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT HENRY CORLISS,
    Plaintiff,

v.

CIVIL ACTION NO.
05-11406-DPW

CITY OF FALL RIVER and
DOES 1-10,
    Defendants,

## NOTICE OF APPEAL

COMES NOW the plaintiff, Albert Henry Corliss, who appeals from the MEMORANDUM AND ORDER issued by Justice Douglas P. Woodlock on November 1, 2005 dismissing the aforementioned case.

Dated: November 18, 2005

Albert H. Corliss
Plaintiff- "Pro Se"
1514 Beacon Street, Suite 43
Brookline, MA 02446
(617) 731-1309
Cell: (617) 513-9577
E-mail: Pineesee@aol.com

## Certificate of Service

      I hereby certify that I served the NOTICE OF APPEAL on the defendant by mailing a copy to:

Thomas F. McGuire, Jr.
McGuire & Coughlin PC
70 South Main Street
Fall River, MA 02722-1187

November 18, 2005

                                                                            Albert H. Corliss
                                                                            Plaintiff- Pro Se

Albert H. Corliss
1514 Beacon Street, Suite 43
Brookline, MA 02446
(617) 731-1309

Tony Anastas, Clerk
U.S. Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE November 18, 2005

2005 NOV 18  P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Albert Henry Corliss v. City of Fall River
    C.A. 05-11406-DPW
    NOTICE OF APPEAL

BY HAND

Dear Mr. Anastas:

    Enclosed for filing in the above referenced matter please find the NOTICE OF APPEAL from Justice Woodlock's MEMORANDUM AND ORDER of November 1, 2005 dismissing such and CERTIFICATE OF SERVICE to defendant's attorney Thomas F. McGuire, Jr., McGuire and Coughlin PC, 70 South Main Street, Fall River, MA 02722-1187.

    I thank you.

Very truly yours,

_____
Albert H. Corliss
Plaintiff - Pro Se