UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT HENRY CORLISS,
    Plaintiff,

v.

CIVIL ACTION NO.
05-11406-DPW

CITY OF FALL RIVER and
DOES 1-10,
    Defendants,

## PLAINTIFF'S APPEAL BRIEF

COMES NOW the plaintiff, Albert Henry Corliss, who appeals from the MEMORANDUM AND ORDER issued by Justice Douglas P. Woodlock on November 1, 2005 dismissing the aforementioned case, thusly:

While the plaintiff agrees with Judge Woodlock's determination that the matter is "more complex" than applying the Massachusetts renewal/savings clause (Mass. Gen. Laws ch. 260 ss 32) he feels that the controlling issue is: <u>Was the dismissal of the previous case a matter of form?</u>

Plaintiff, with apologies to Justice Cardozo and Woodlock, again resorts to a metaphor, the old chestnut, "one misses the forest when too closely inspecting the trees."

I   <u>"Any matter of form"</u>

We seem to be in agreement that the Mass. Renewal Statute can and does apply if the original dismissal was for "a matter of form". The original complaint was for

conversion of a motor vehicle off of an Indian Reservation. It was dismissed because of the "limited jurisdiction" of the federal court, i.e., jurisdictional amounts, "diversity of citizenship", etc. the second filing attempted to correct these "matters of form." Here the complaint of common law conversion was expanded as a First Amendment Right of Assembly which encompasses the original complaint.

Plaintiff does not analogize <u>Wilson v. Garcia</u>, 471 U.S. 261, 272-73, he parallels the findings.

II <u>Spirit of the Saving Statute - Coffin v. Cottle</u> (16 Pick. 383, 385-86 (1835)

Plaintiff concludes that the spirit of the Mass. Saving Statute and <u>Coffin v. Cottle</u>, if not the thrust, is that no matter of "form", some defect or mistake not affecting the merits, that can be avoided or remedied by a new process should preclude plaintiff from his day in court. That is precisely our case. "But for" the conversion there would be no Civil Rights violation.

III Conclusion

Allow the case to proceed on its merits.

Dated: December 16, 2005

*/s/ Albert H. Corliss*
Albert H. Corliss
Plaintiff- "Pro Se"
1514 Beacon Street, Suite 43
Brookline, MA 02446
(617) 731-1309
Cell: (617) 513-9577
E-mail: Pineesee@aol.com

Certificate of Service

I hereby certify that I served a copy of "PLAINTIFF'S APPEAL BRIEF" on the defendant by mailing a copy to:

Thomas F. McGuire, Jr.
McGuire & Coughlin PC
70 South Main Street
Fall River, MA 02722-1187

December 16, 2005

_____
Albert H. Corliss
Plaintiff- Pro Se