UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11406

Albert Henry Corliss

v.

City of Fall River and Does 1-10

### CLERK'S CERTIFICATE

  I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I copies of electronic documents are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

  In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 23, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1-11-06

_Susan Pedros_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1087

- 3/05