# United States Court of Appeals
## For the First Circuit

No. 06-1087

ALBERT HENRY CORLISS,
Plaintiff, Appellant,

v.

CITY OF FALL RIVER, ET AL.,
Defendants, Appellees.

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

**JUDGMENT**

Entered: June 5, 2006

Appellant Albert Henry Corliss challenges the district court's dismissal of his 42 U.S.C. §1983 claim. Appellant concedes that his civil rights claim - that the City of Fall River violated his right of peaceful assembly on Indian tribal land - is outside the applicable limitations period. He argues, however, that the Massachusetts renewal statute saves his present cause of action from the limitations bar because he filed his civil rights claim within a year of the district court's dismissal of his prior conversion claim for a "matter of form." MASS. GEN. LAWS ch. 260, §32 (2005). The district court disagreed. In a cogent eighteen-page memorandum opinion, it explained why Appellant's conversion and §1983 actions did not constitute the "same cause" under the renewal statute and its interpretive case law and, therefore, the court found the renewal statute could not be applied to save Appellant's case. After carefully reviewing the dismissal *de novo*, we also find that the renewal statute does not apply, for substantially the same reasons the district court stated in its November 1, 2005 Order.

Therefore, we **affirm** the judgment of the district court and **dismiss** the appeal.

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
        Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

_____/s/_____
**Deputy Clerk**

Date: 8/4/06

[cc: Albert Henry Corliss, Esq., Thomas F. McGuire, Jr., Esq.]